UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21598-CIV-UNGARO-BENAGES
MAGISTRATE JUDGE P.A. WHITE

ALBERT CONNERY QUINN, et al.,        :

        Plaintiffs,        :

v.                                    :         REPORT OF
                                                 MAGISTRATE JUDGE
CHARLES MCCRAY, ET AL.,               :

        Defendants.        :

      In this case, Albert Connery Quinn and 25 other individuals currently detained at the Turner Guilford Knight Correction Facility and the Dade County Jail/Pretrial Detention Center have filed a joint pleading seeking relief in this Court. [DE# 1].

      The Eleventh Circuit has recently held that inmates[1] may not join together in a single civil rights suit so as to share the mandatory filing fee.  Hubbard v. Haley, 262 F.3d 1194 (11 Cir. 2001), cert. denied, 122 S.Ct. 1083 (2002).  The  Hubbard Court found that "the  intent of Congress in promulgating the [Prison Litigation Reform Act] was to deter frivolous civil actions brought by prisoners by requiring each individual prisoner to pay the full amount of the required fee." Id.  The Circuit Court affirmed the district court's decision to dismiss the case filed by multiple plaintiffs without prejudice and to require each prisoner to file an individual action accompanied by the full filing fee or an application to proceed in forma pauperis.

      It is therefore recommended that the instant complaint be dismissed as to all claims against all defendants, without prejudice to each plaintiff to file a new, individual complaint on his own behalf, and either pay the full $250.00 filing fee or submit an individual motion to proceed in

---

[1] The Prison Litigation Reform Act applies to convicted prisoners and to pretrial detainees in confinement. 42 U.S.C. §1997e(h).



forma pauperis, with a supporting financial affidavit, if he cannot afford to pay the Clerk's filing fee in its entirety.

The plaintiffs are advised that if they desire to file individual lawsuits, in doing so they should name as defendants those individuals directly responsible for any alleged constitutional violations, describe the defendants' acts and alleged injuries therefrom in detail. The plaintiffs are further advised that if they again desire to move to proceed in forma pauperis, they must complete and file the proper form application to proceed without payment of fees, including an affidavit concerning their prison bank account completed by an officer of the institution, and they must attach a certified copy of their prison account for the six month period preceding the filing of the complaint.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this _____ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Albert Connery Quinn, Pro Se (No. 03-100701)
      Romulus Jacques, Pro Se (No. Unknown)
      Taveras Calloway, Pro Se (No. 98-38906)
      Turner Guilford Knight Detention Center
      7000 N.W. 41st Street
      Miami, FL 33166

      Julius Stevens, Pro Se (No. 01-68662)
      David L. Glover, Pro Se (No. 04-19250)
      Guerrin Saintio, Pro Se (No. 02-15866)
      Paul Manassahi, Pro Se (No. 01-46833)
      Jason B. Gatlin, Pro Se (No. 01-16161)
      Franklin W. Bain, Pro Se (No. 99-59438)
      Jeffrey Flanders, Pro Se (No. 00-32578)
      Diaitrios Conley, Pro Se (No. 01-79478)

2

Derrick James, Pro Se (No. 02-76238)
Carlos Walker, Pro Se (No. 04-62231)
Derrick Johnson, Pro Se (No. 04-2048)
Eric Cox, Pro Se (No. 01-8266)
Quinton Grier, Pro Se (No. 99-98602)
Sherman Bruce, Pro Se (No. 01-12270)
Shawn Rogers, Pro Se (No. 03-3925)
Eddie Harris, Pro Se (No. 01-82130)
Gus Lanier, Pro Se (No. 03-107840)
Latravis D. Gallashaw, Pro Se (No. 98-89287)
Antonius Wilder, Pro Se (No. 00-3888)
Dade County Jail
1321 N.W. 13th Street
Miami, FL 33125